# EXHIBIT   C

| | |
|---|---|
| **From:** | Bode, Stephen J [stephen.bode@baml.com] |
| **Sent:** | Friday, December 11, 2009 4:32 PM |
| **To:** | Mercurio, Patricia |
| **Cc:** | Knopf, Kevin |
| **Subject:** | Maritz Investment Account |

Pat,

Maritz will be acquiring the minority ownership shares of AEIS hopefully prior to year end.  With the Acquisition Maritz will gain control of approximately $45MM in various bond mutual funds.  These investments are required to become collateral under our agreement.  After close Maritz will be required to open up an investment/brokerage account with Merrill Lynch and will transfer the investments into the account.  The investments today are held directly at various mutual fund companies.  The transfer in will represent $45MM of new assets under management for Merrill.  I spoke with Kent Reynolds, US Trust member assigned to the Maritz and REDACTED  Based on the needs he felt it was fine to work with a Merrill Associate.  I informed him that I have been asking Mo Schutte about certain account structures and the steps to transfer the assets into Merrill.  Kent said it was okay to work with MO.  Mo has spoken with the client to discuss fee structure and account type.

I would expect the $45MM to be here in Feb.  Our amendment closed in the Middle of November.  Maritz is finalizing legal documents to complete the acquisition.

Please note my new e-mail address

stephen.bode@baml.com

Stephen Bode
Senior Vice President
Product Deliver Officer-Credit
MO 1-800-13-05
800 Market Street
St. Louis, MO 63101
P-314-466-6758
F-312-453-3184
stephen.bode@baml.com