# EXHIBIT D

Case: 4:14-cv-01336-CEJ Doc. #: 45-4 Filed: 08/20/14 Page: 2 of 2 PageID #: 428

# Anti-tying - continued

## Anti-tying Rules - continued

An example of reciprocity would be if a bank provided a loan to a printing company but conditioned the loan on the requirement that the printing company would provide printing services to the bank in addition to the necessary collateral.

## Knowledge Check

Select the correct answer by identifying whether the following transactions are tying, exclusivity or reciprocity.

Providing a loan based on the requirement that the client provide an additional service. Correct answer: Reciprocity.

> Reciprocity is providing or discounting one product or service on a condition or requirement that the client provide an additional product or service to the bank or any of its affiliates.

Providing a loan only on the condition that the client not obtain a loan from a competitor. Correct answer: Exclusivity.

> Exclusivity is providing or discounting one product or service on a condition or requirement that the client not purchase another product or service from a competitor.

Conditioning the availability of deposit services on the client purchasing securities services from an affiliate. Correct answer: Tying.

> Tying is the conditioning of the availability of a product or service based on the client obtaining an additional product or service.

## Prohibited Conduct

Based on bank regulatory interpretations and other regulatory changes, the anti-tying rules prohibit the following practices:

- A bank may not condition the extension of credit on the client obtaining securities underwriting services from the bank's securities affiliate.
- A bank may not condition the extension of credit on the client entering into a derivative transaction with the bank.
- A bank may not condition the extension of credit on the client purchasing securities using a broker-dealer affiliate.
- A bank may not condition the extension of credit on the client purchasing other real estate owned (OREO) from the bank.

© 2010 Bank of America Corporation
Confidential and Proprietary
08/03/2010