# EXHIBIT E

# What U.S. Commercial Bankers Need to Know about the Traditional Bank Products Exception to the Anti-Tying Rules

The federal Anti-Tying Statute (the "Statute") is an important U.S. law that significantly restricts the ability of banks to require customers to buy products from its affiliates in order to obtain a product/services or certain pricing.

*Traditional Bank Product Exception:* There is an important exception to the Anti-Tying Statute that U.S. commercial bankers need to understand. The law allows Bank of America, N.A. (BANA) and other bank subsidiaries to condition both the availability and price of any "bank" product/service on the requirement that the customer obtain a "traditional bank product" (the tied product) from the bank[1].

*What are "Traditional Bank Products"?* The Statute defines a traditional bank product to be a loan, discount, deposit, or trust service. Thus, for example, the Traditional Bank Product Exception permits BANA to condition the availability or price of a particular loan on a requirement that the customer maintain a specified amount of deposits with BANA or its affiliates. Similarly, BANA may inform a customer that it will lend (or continue lending) to the customer only if the customer obtains payroll services from BANA or its affiliates. In both cases, the bank's actions are permissible because the tied products (deposits and payroll services) are traditional bank products. The following products/services are considered traditional bank products for tying purposes:

| DEPOSIT PRODUCTS/SERVICES: | LOAN PRODUCTS/SERVICES: | TRUST SERVICES: |
|---|---|---|
| ACH Services | Administrative Agent Services for Syndicated Loan | Estate Administration Services |
| Automatic Payment Services | | Trust Accounts |
| CDs | Asset Based Loans | WIM Custody Accounts |
| Collection Services (drafts, checks, bonds, etc.) | Bankers Acceptances | WIM Investment Management Accounts |
| | Collateral Agent Services | |
| Custody Services | Credit Cards | |
| Deposit Accounts | Discounting of Notes and Drafts | |
| Foreign Exchange Currency Services | Factoring | |
| IRAs & SEPs invested in deposits | Letters of Credit | |
| Lockbox Services | Lines of Credit | |
| Merchant Processing Services | Leases that are the functional equivalent of a loan (i.e. bank §24(7) leases) | |
| Online Bill Payment Services | | |
| Payroll Services (direct deposit) | Loan Syndication/Servicing/Brokering Loans | |
| Public Funds Depository Services | Standby Bond Purchase Agreement | |
| Safe Deposit Box Services | | |
| Traveler's Checks/Money Order Services | | |
| Vault Services (coin, currency) | | |
| Wire Transfer Services | | |

*Non-Traditional Bank Products:* Conversely, BANA cannot condition a loan/service (or a price discount on the loan/service) on the customer using any Bank of America Merrill Lynch entity for any non-traditional banking product/services, such as debt or equity securities underwriting or M&A. The following products/services are examples of products and services that are not considered traditional bank products for tying purposes:

| SERVICES RELATED TO LOANS: | INVESTMENT PRODUCTS/SERVICES: | SERVICES RELATED TO FIDUCIARY ACCOUNTS (NOT PERFORMED IN A TRUSTEE CAPACITY): | MISCELLANEOUS PRODUCTS/SERVICES: |
|---|---|---|---|
| 1031 Exchange Services | Asset Securitization | | Data Processing Services |
| Appraisal Services | Broker/Dealer Services | | Digital Certification Services |
| Guaranty/Surety on Indemnity Bond | Commercial Paper | Business Management Services | Insurance Products |
| | Commodity Derivative Products | Property Management Services | Sale of Surplus Electronic Capacity and By-Products |
| Leases that are not the functional equivalent of a loan (i.e. CEBA leases by the bank under | Equity Derivative Products | Tax Preparation Services | |
| | Foreign Exchange Derivatives | | |
| | Forward Purchase Agreements | | |

---

[1] As used herein, the word "bank" refers to a bank as defined under the Bank Holding Company Act and subsidiaries of a bank. It does not include non-bank affiliates of Bank of America N.A. such as Merrill Lynch, Pierce, Fenner & Smith Incorporated.

(OVER)

| | |
|---|---|
| §24(10) or holding company leases) | Hedge Funds |
| Title Services | Interest Rate Derivative Products |
| | Investment Advisory Services |
| | Money Manager Account |
| | Money Market Mutual Funds |
| | Mutual Funds |
| | Other Derivative Products |
| | Principal Investing |
| | Private Placements (Debt & Equity) |
| | Securities Underwriting |
| | Structured Products (CDOs, CLOs, SERVES, STRATA, Swaps) |

Please note that any service or product not listed as a traditional bank product should be treated as a non-traditional bank product. If you have a question regarding a specific product or service, please consult with your in-house counsel.