# EXHIBIT F

| | |
|---|---|
| From: | Bode, Stephen J [stephen.bode@bankofamerica.com] |
| Sent: | Tuesday, October 27, 2009 12:25 PM |
| To: | Hellmann, Debra |
| Subject: | FW: October Cross LOB Referrals - Please Respond |

Not sure if we get credit for these. I am requiring Maritz to bring in its $45MM in investments and we are opening a control account with Mo Schutte.

---

**From:** Knopf, Kevin
**Sent:** Tuesday, October 27, 2009 11:24 AM
**To:** Goessling, Janet
**Cc:** Bode, Stephen J
**Subject:** RE: October Cross LOB Referrals - Please Respond

Merrill Lynch or BIA - $40MM investment account – AEIS/Maritz inc

Kevin M. Knopf
Senior Vice President
Bank of America Merrill Lynch
Banc of America Securities, LLC
800 Market Street
St. Louis, MO 63101

Ph: 314-466-7726
Fax: 314-466-6499
kevin.knopf@bankofamerica.com

---

**From:** Goessling, Janet
**Sent:** Monday, October 26, 2009 11:59 AM
**To:** Bugyis, Christian; Chapman, Paul B; Dierkes, Margaret C; Greene, Rich; Knopf, Kevin; Stapleton, Mark
**Subject:** October Cross LOB Referrals - Please Respond
**Importance:** High

Please let me know if you have made a referral to one of these lines of business in the month of October (a referral counts when an associate says they made a referral to another LOB - In other words, no business has to book.) I just need to know the number of referrals - no details needed.

Business Banking
U.S. Trust
Commercial Banking
Wealth Management (formerly PB&I)
CRE
Consumer
Commercial RE
Community Development
Government
Merrill Lynch


Thank you,
Janet